# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.   EDCV10-01134-VAP(DTBx)                    Date:  November 10, 2010

Title:      SAFI MOSA -*v*- JANET NAPOLITANO, DOES 1 to 20
=================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|               |                  |
|---------------|------------------|
| Marva Dillard | None Present     |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR               ATTORNEYS PRESENT FOR
PLAINTIFFS:                         DEFENDANTS:

        None                                None

PROCEEDINGS:       MINUTE ORDER DENYING DEFENDANT'S MOTION TO
                   DISMISS AS MOOT (IN CHAMBERS)

        On October 4, 2010, Defendant Secretary of the Department of Homeland
Security Janet Napolitano ("Defendant") filed a motion to dismiss ("Motion").  (Doc.
No. 15.)  On October 18, 2010, Plaintiff Safi Mosa ("Plaintiff") unsuccessfully
attempted to file an amended complaint, which was stricken for filing deficiencies.
(See Doc. Nos. 8-10.)  On October 21, 2010, Plaintiff manually filed a first amended
complaint ("FAC") pursuant to Federal Rule of Civil  Procedure 15(a) ("A party may
amend its pleading once as a matter of course within . . . 21 days after service of a
motion under 12(b) . . . .").  (Doc. No. 12.)

MINUTES FORM 11                          Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                   Page 1

**EDCV 10-01134-VAP (DTBx)**
**SAFI MOSA v. JANET NAPOLITANO, Secretary of the Department of Homeland Security**
**MINUTE ORDER of November 10, 2010**

After amendment, an original pleading no longer performs any function and is treated thereafter as non-existent.  Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing Loux v. Rhay, 375 F.3d 55, 57 (9th Cir 1967)); Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 152, 1546 (9th Cir. 1990) ("an amended pleading supercedes the original").  Plaintiff's FAC supercedes the original complaint; therefore, the latter no longer performs any function.  As the Motion was directed towards the original complaint, filing of the FAC rendered the Motion moot.  Thus, the Court DENIES Defendant's Motion.

**IT IS SO ORDERED.**